**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**LATEE ROBINSON,**

                        **Plaintiff,**

        **-vs-**                                       **10-CV-326A(Sr)**

**VISCUSO, Prison Guard, et al.,**

                        **Defendants.**

The Great Meadow Correctional Facility is directed to allow telephone conferences between Latee Robinson (DIN # 06-A-1498), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at mutually agreed upon dates and times.

        **SO ORDERED.**

DATED:    Buffalo, New York
                April 10, 2014

                                              *S/ H. Kenneth Schroeder, Jr.*
                                              **H. KENNETH SCHROEDER, JR.**
                                              **United States Magistrate Judge**