**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**LATEE ROBINSON,**

                **Plaintiff,**

     -vs-                                  10-CV-326A(Sr)

**VISCUSO, Prison Guard, et al.,**

                **Defendants.**

---

The Five Points Correctional Facility is directed to allow a telephone conference between Kevin Saxon (DIN # 02-A-3214), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at a mutually agreed upon date and time.

        **SO ORDERED.**

DATED:    Buffalo, New York
               October 2, 2014

                                    *S/ H. Kenneth Schroeder, Jr.*
                                    **H. KENNETH SCHROEDER, JR.**
                                    **United States Magistrate Judge**