**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**LATEE ROBINSON,**

                  **Plaintiff,**

          **-vs-**                                       **10-CV-326A(Sr)**

**VISCUSO, Prison Guard, et al.,**

                  **Defendants.**

---

      The Fishkill Correctional Facility is directed to allow a telephone conference between Tito Kello (DIN # 95-A-3273), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at a mutually agreed upon date and time.

      **SO ORDERED.**

DATED:    Buffalo, New York
               October 2, 2014

                                    *S/ H. Kenneth Schroeder, Jr.*
                                    **H. KENNETH SCHROEDER, JR.**
                                    **United States Magistrate Judge**