**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**LATEE ROBINSON,**

                                  **Plaintiff,**

                **-vs-**                                          **10-CV-326A(Sr)**

**VISCUSO, Prison Guard, et al.,**

                                  **Defendants.**

---

      The Five Points Correctional Facility is directed to allow a telephone conference between Jamal Thomas (DIN # 815-A-2941), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at a mutually agreed upon date and time.

      **SO ORDERED.**

DATED:    Buffalo, New York
                October 7 2014

                                                  *S/ H. Kenneth Schroeder, Jr.*
                                                  **H. KENNETH SCHROEDER, JR.**
                                                    **United States Magistrate Judge**