**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**LATEE ROBINSON,**

                        **Plaintiff,**

        **-vs-**                                             **10-CV-326A(Sr)**

**VISCUSO, Prison Guard, et al.,**

                        **Defendants.**

---

The Elmira Correctional Facility is directed to allow a telephone conference between Shamgod J. Thompson (DIN # 01-B-0848), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at a mutually agreed upon date and time.

        **SO ORDERED.**

DATED:    Buffalo, New York
               October 9, 2014

                                                *S/ H. Kenneth Schroeder, Jr.*
                                                **H. KENNETH SCHROEDER, JR.**
                                                **United States Magistrate Judge**