**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**LATEE ROBINSON,**

                         **Plaintiff,**

         **-vs-**                                      **10-CV-326A(Sr)**

**VISCUSO, Prison Guard, et al.,**

                         **Defendants.**

---

The Upstate Correctional Facility is directed to allow a telephone conference between Joseph Denter (DIN # 85-A-1650), and *pro bono* counsel, Beverly Braun, Jaeckle Fleischmann & Mugel, LLP at a mutually agreed upon date and time.

        **SO ORDERED.**

DATED:    Buffalo, New York
                October 9, 2014

                                    *S/ H. Kenneth Schroeder, Jr.*
                                    **H. KENNETH SCHROEDER, JR.**
                                    **United States Magistrate Judge**